UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| CONNIE L. COFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-cv-12814-SFC-RSW |
| | ) | |
| MICHAEL J. ASTRUE, | ) | District Judge Sean F. Cox |
| Commissioner of Social Security, | ) | Magistrate Judge R. Steven Whalen |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR REVERSAL WITH REMAND FOR FURTHER
ADMINISTRATIVE PROCEEDINGS**

NOW COME Plaintiff, Connie L. Coffin, and Defendant, Michael J. Astrue, Commissioner of Social Security, by and through their undersigned attorneys, and hereby move this honorable court to enter judgment reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g), with remand for further administrative proceedings. On remand, the ALJ will be directed to obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base in accordance with Agency policy.

Dated: February 5, 2013

|  |  |
|---|---|
|  | Respectfully submitted, |
| JESSICA J. BRISSETTE | BARBARA L. McQUADE |
| Seward, Tally & Piggott, P.C. | United States Attorney |
| s/ Jessica J. Brissette[1] | s/ Jason Scoggins |
| Jessica J. Brissette | Jason Scoggins |
| Seward, Tally & Piggott, P.C. | Special Assistant United States Attorney |
| 1009 Washington Avenue | Social Security Administration |
| Bay City, Michigan 48708-5735 | 200 West Adams Street, 30th Floor |
| (989) 892-6551 | Chicago, Illinois  60606 |
| jjbstp@gmail.com | (877) 800-7578 ext. 19160 |
| P-73658 | jason.scoggins@ssa.gov |
| ATTORNEY FOR PLAINTIFF | Local Counsel: |
|  | WILLIAM L. WOODARD |
|  | Assistant United States Attorney |
|  | 211 West Fort Street, Suite 2001 |
|  | Detroit, MI  48226 |
|  | (312) 226-9628 |
|  | usamie.ecfcivildcu@usdoj.gov |
|  | P-27404 |
|  | ATTORNEYS FOR DEFENDANT |

---

[1] Signed for Ms. Brissette by Special Assistant U. S. Attorney Jason Scoggins on February 5, 2013, with consent obtained via e-mail on that date.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| CONNIE L. COFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-cv-12814-SFC-RSW |
| | ) | |
| MICHAEL J. ASTRUE, | ) | District Judge Sean F. Cox |
| Commissioner of Social Security, | ) | Magistrate Judge R. Steven Whalen |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Judgement is ordered to be entered reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g), with remand for further administrative proceedings. On remand, the ALJ will be directed to obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base in accordance with Agency policy.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: February 15, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 15, 2013, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager

3